UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AXIS INSURANCE COMPANY and FEDERAL INSURANCE COMPANY, assignees and subrogees of Delta Air Lines, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL ANDERSON,<br><br>Defendant. | Case Number:<br><br>**PLAINTIFF AXIS INSURANCE COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

The undersigned, counsel of record for Plaintiff AXIS Insurance Company, submits the following in accordance with Rule 7.1 of the Federal Rules of Civil Procedure:

AXIS Insurance Company is a wholly owned subsidiary of AXIS Specialty U.S. Holdings, Inc. AXIS Specialty U.S. Holdings, Inc. is a wholly owned subsidiary of AXIS Specialty Global Holdings Limited. AXIS Specialty Global Holdings Limited is a wholly owned subsidiary of AXIS Capital Holdings Limited. AXIS Capital Holdings Limited is a publicly traded company on the New York Stock Exchange.

Dated: May 11, 2015

/s/Joel T. Wiegert
Joel T. Wiegert (#306149)
Anthony J. Alt (#0389884)
MEAGHER & GEER, P.L.L.P.
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Telephone: (612) 338-0661
Facsimile: (612) 338-8384
jwiegert@meagher.com
aalt@meagher.com

*Counsel for Plaintiffs AXIS Insurance Company and Federal Insurance Company*

10288432